Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12922−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carline Simeon
   1344 Putnam Avenue, #46
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−2564

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/14/20 at 10:00 AM

to consider and act upon the following:

*38* − Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 1342 Putnam Ave 46, Plainfield NJ 07060. Fee Amount $ 181. filed by Creditor HomeBridge Financial Services, Inc., Motion for Relief from Co−Debtor Stay of Carlos Simeon and Germise Simeon, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HomeBridge Financial Services, Inc.. Objection deadline is 09/16/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit B − Certificate of Post Petition History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*39* − Certification in Opposition to (related document:38 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 1342 Putnam Ave 46, Plainfield NJ 07060. Fee Amount $ 181. filed by Creditor HomeBridge Financial Services, Inc., Motion for Relief from Co−Debtor Stay of Carlos Simeon and Germise Simeon, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HomeBridge Financial Services, Inc.. Objection deadline is 09/16/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit B − Certificate of Post Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HomeBridge Financial Services, Inc.) filed by Russell L. Low on behalf of Carline Simeon. (Low, Russell)

Dated: 9/17/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court