Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12922−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carline Simeon
1344 Putnam Avenue, #46
Plainfield, NJ 07060

Social Security No.:
xxx−xx−2564

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/14/20 at 10:00 AM

to consider and act upon the following:

*38* − Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 1342 Putnam Ave 46, Plainfield NJ 07060. Fee Amount $ 181. filed by Creditor HomeBridge Financial Services, Inc., Motion for Relief from Co−Debtor Stay of Carlos Simeon and Germise Simeon, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HomeBridge Financial Services, Inc.. Objection deadline is 09/16/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit B − Certificate of Post Petition History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*39* − Certification in Opposition to (related document:38 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 1342 Putnam Ave 46, Plainfield NJ 07060. Fee Amount $ 181. filed by Creditor HomeBridge Financial Services, Inc., Motion for Relief from Co−Debtor Stay of Carlos Simeon and Germise Simeon, 28 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of HomeBridge Financial Services, Inc.. Objection deadline is 09/16/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit B − Certificate of Post Petition History # 3 Proposed Order # 4 Certificate of Service) filed by Creditor HomeBridge Financial Services, Inc.) filed by Russell L. Low on behalf of Carline Simeon. (Low, Russell)

Dated: 9/17/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                          Case No. 19-12922-SLM
Carline Simeon                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1           Date Rcvd: Sep 17, 2020
                             Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db              +Carline Simeon,    1344 Putnam Avenue, #46,    Plainfield, NJ 07060-1924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor    HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor    HomeBridge Financial Services, Inc.
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael R. DuPont   on behalf of Creditor    Liberty Savings FCU dupont@redbanklaw.com,
           dana@redbanklaw.com
          Russell L. Low   on behalf of Debtor Carline  Simeon ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6