Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12922−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carline Simeon
   1344 Putnam Avenue, #46
   Plainfield, NJ 07060

Social Security No.:
   xxx−xx−2564

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 27, 2019.

On 12/18/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:             January 27, 2021
Time:              08:30 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 21, 2020
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Carline Simeon  
    Debtor(s)

Case No. 19-12922-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2  
Date Rcvd: Dec 21, 2020          Form ID: 185          Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carline Simeon, 1344 Putnam Avenue, #46, Plainfield, NJ 07060-1924 |
| cr | + | Liberty Savings FCU, McKenna, DuPont Higgins & Stone, 229 Broad Street, PO Box 610, Red Bank, NJ 07701-0610 |
| 518024492 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998 |
| 518024493 | + | CAPITAL BANK,N.A., 1 CHURCH ST STE 100, ROCKVILLE, MD 20850-4190 |
| 518024497 | | Carlos Simeon, 1342 Putnam Ave., #46, Plainfield, NJ 07060 |
| 518024494 | + | HOMEBRIDGE FINANCIAL I, 222 CHASTAIN MEADOWS COURT, KENNESAW, GA 30144-5820 |
| 518198719 | + | HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518024495 | + | LIBERTY SVNGS FED CR U, 666 NEWARK AVE, JERSEY CITY, NJ 07306-2398 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2020 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2020 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518024491 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2020 22:10:00 | ASHRO, 3650 MILWAUKEE ST, MADISON, WI 53714-2304 |
| 518140970 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2020 22:35:10 | Ashley Funding Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518073720 | + | Email/Text: bankruptcy@sccompanies.com | Dec 21 2020 22:10:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518193941 | + | Email/Text: bncmail@w-legal.com | Dec 21 2020 22:09:00 | CarePoint Health - Physcan GSHA, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518024496 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2020 22:30:54 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 518189990 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2020 22:35:11 | LVNV Funding, LLC, Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518077461 | | Email/Text: laura@redbanklaw.com | Dec 21 2020 22:08:00 | Liberty Savings Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 518181247 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 21 2020 22:40:03 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 185 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor HomeBridge Financial Services  Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael R. DuPont | on behalf of Creditor Liberty Savings FCU dupont@redbanklaw.com  john@redbanklaw.com |
| Russell L. Low | on behalf of Debtor Carline Simeon ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6