Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−12922−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Carline Simeon
    1344 Putnam Avenue, #46
    Plainfield, NJ 07060

Social Security No.:
    xxx−xx−2564

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/23/21 at 10:00 AM

to consider and act upon the following:

**65** − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:28 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of FREEDOM MORTGAGE CORPORATION. Objection deadline is 05/26/2021. (Attachments: # 1 Certificate of Service # 2 Proposed Order # 3 Exhibit A # 4 Exhibit B) filed by Creditor FREEDOM MORTGAGE CORPORATION) filed by Russell L. Low on behalf of Carline Simeon. (Low, Russell)

Dated: 5/27/21

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court