| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| **Russell L. Low, Esq. – RLL 4745**<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re:<br><br>CARLINE SIMEON<br><br>                    Debtor(s) |

Order Filed on June 3, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-12922

Chapter 13

Judge: The Honorable Stacey L. Meisel

**Hearing Date: June 1, 2021, 2:30pm**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 3, 2021**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $1,200.00 for services rendered and expenses in the amount of $0.00 for a total of $1,200.00.  The allowance is payable:

  X    through the Chapter 13 plan as an administrative priority.

  ___  outside the plan.


The debtor's monthly plan is modified to require a payment of $582.92 per month for 58 months starting May 1, 2021 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-12922-SLM
Carline Simeon  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Jun 03, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carline Simeon, 1344 Putnam Avenue, #46, Plainfield, NJ 07060-1924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor HomeBridge Financial Services  Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com |
| Michael R. DuPont | on behalf of Creditor Liberty Savings FCU dupont@redbanklaw.com  john@redbanklaw.com |
| Russell L. Low | on behalf of Debtor Carline Simeon ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7