**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Carline Simeon | : | CASE NO. 19-12922 |
| Debtor | : | HONORABLE STACEY L. MEISEL |

**ATTORNEY'S RESPONSE TO CREDITOR'S CERTIFICATION OF DEFAULT**

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtor Carline Simeon in this bankruptcy proceeding.
2. A Certification of Default was filed by Freedom Mortgage.
3. Several attempts were made to contact the debtor and address this motion however a response was not received in time to file an opposition.
4. Therefore, more time is being requested to contact the debtor and address the arrears.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:   July 8, 2021                                          /s/ Russell L. Low
                                                              **Russell L. Low, Esq.**
                                                              Attorney for Debtor