# ***LOW & LOW*** *ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*                                             *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*                                    *Fax: (201)-488-5788*

**STANLEY W. LOW**                                                                                  **RUSSELL L. LOW**

September 21, 2021

Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

Re: Case No. 19-12922-SLM Carline Simeon

Dear Honorable Meisel,

    Please withdraw Doc. 72, Response to Creditor's Certification of Default.

    I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**