# *LOW & LOW ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*                              *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*                            *Fax: (201)-488-5788*

**STANLEY W. LOW**                                        **RUSSELL L. LOW**

September 21, 2021

Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3A

Re: Case No. 19-12922-SLM Carline Simeon

Dear Honorable Meisel,

Please withdraw Doc. 79, Certification in Opposition to Certification of Default of Standing Trustee.

I apologize for any inconvenience this may have caused.

Thank you,

*/s/ Russell L. Low*

**Russell L. Low, Esq.**